138

Argued March 29, affirmed March 29, petition for rehearing denied April 19, petition for review denied May 15, 1973

STATE OF OREGON, *Respondent, v.* ROY BENJAMIN SOUTHERLAND (No. C 72-07-2097 Cr), *Appellant.*

507 P2d 1161

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.